JACQUELINE A. FORSLUND
Attorney at Law
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707

Telephone:    541-419-0074
Email:        jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER FAYE NEELEY,  )<br>  )<br>    Plaintiff,  )<br>  )<br>  )<br>  )<br>v.  )<br>  )<br>CAROLYN W. COLVIN,  )<br>    Acting Commissioner  )<br>    of Social Security,  )<br>  )<br>    Defendant.  )<br>_____) | Case No. 2:14-cv-02903-KJN<br><br>**STIPULATION AND<br>ORDER FOR EXTENSION OF TIME<br>TO FILE OPENING BRIEF** |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 30 days to August 3, 2015, for filing of the Opening Brief, in accordance with the Court's Scheduling Order.  This extension is requested because Plaintiff's counsel is experiencing a backlog in her workload that she is in the process of resolving.

**Neeley v. Colvin**                                                                                               **Stipulation and Order**
**E.D. Cal. 2:14-cv-02903-KJN**

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date:  June 30, 2015                                  JACQUELINE A. FORSLUND
                                                                       Attorney at Law


                                                                       /s/Jacqueline A. Forslund
                                                                       JACQUELINE A. FORSLUND

                                                                       Attorney for Plaintiff


Date:  July 2, 2015                                    BENJAMIN B. WAGNER
                                                                       United States Attorney
                                                                       DONNA L. CALVERT
                                                                       Regional Chief Counsel, Region IX
                                                                       Social Security Administration


                                                                       /s/*Sharon Lahey
                                                                       SHARON LAHEY
                                                                       Special Assistant United States Attorney
                                                                       *By email authorization

                                                                       Attorney for Defendant


                                                ORDER

APPROVED AND SO ORDERED.


Dated:  July 6, 2015

                                                                       _____
                                                                       KENDALL J. NEWMAN
                                                                       UNITED STATES MAGISTRATE JUDGE


**Neeley v. Colvin**                                                                                  **Stipulation and Order**
**E.D. Cal. 2:14-cv-02903-KJN**