JACQUELINE A. FORSLUND
Attorney at Law
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707

Telephone:   541-419-0074
Email:        jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER FAYE NEELEY, | Case No. 2:14-cv-02903-KJN |
| Plaintiff, | |
| | **STIPULATION AND** |
| | **ORDER FOR EXTENSION OF TIME** |
| v. | **TO FILE MOTION FOR** |
| | **SUMMARY JUDGMENT** |
| CAROLYN W. COLVIN, | |
| Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 30 days to September 2, 2015, for filing of Plaintiff's Motion for Summary Judgment.   This is Plaintiff's second and last request for an extension.  This extension is requested because Plaintiff's counsel is experiencing a backlog in her workload.

**Neeley v. Colvin**                                                                                 Stipulation and Order
**E.D. Cal. 2:14-cv-02903-KJN**

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

                                          Respectfully submitted,

Date:  July 30, 2015                        JACQUELINE A. FORSLUND
                                          Attorney at Law

                                          _/s/Jacqueline A. Forslund_
                                          JACQUELINE A. FORSLUND

                                          Attorney for Plaintiff


Date:  July 31, 2015                        BENJAMIN B. WAGNER
                                          United States Attorney
                                          DONNA L. CALVERT
                                          Regional Chief Counsel, Region IX
                                          Social Security Administration

                                          _/s/*Sharon Lahey_
                                          SHARON LAHEY
                                          Special Assistant United States Attorney
                                          *By email authorization

                                          Attorney for Defendant


                                          <u>ORDER</u>

APPROVED AND SO ORDERED.

Dated:  August 3, 2015

                                          KENDALL J. NEWMAN
                                          UNITED STATES MAGISTRATE JUDGE