1  BENJAMIN B. WAGNER
United States Attorney

2

3  DEBORAH M. STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration

4  SHARON LAHEY
Special Assistant United States Attorney

5  160 Spear Street, Suite 800

6  San Francisco, California 94105
Telephone: (415) 977-8963

7  Facsimile: (415) 744-0134
E-Mail: Sharon.Lahey@ssa.com

8

9  Attorneys for DEFENDANT

10              UNITED STATES DISTRICT COURT

11              EASTERN DISTRICT OF CALIFORNIA

12                      SACRAMENTO

13

JENNIFER FAYE NEELEY,                    )  Case No. 2:14-cv-02903-KJN

14        Plaintiff,                      )
                                         )
15     v.                                )  **ORDER APPROVING STIPULATION**
                                         )  **FOR EXTENSION OF TIME FOR**
16                                        )  **DEFENDANT TO RESPOND TO**
CAROLYN W. COLVIN,                       )  **PLAINTIFF'S MOTION FOR**
17 Acting Commissioner of Social Security, )  **SUMMARY JUDGMENT**
        Defendant.                       )
18 _____)

19        IT IS HEREBY STIPULATED, by and between Jennifer Faye Neeley (Plaintiff) and Carolyn W.

20 Colvin, Acting Commissioner of Social Security (Defendant), by and through their respective counsel of

21 record, that Defendant shall have a 30-day extension of time to respond to Plaintiff's Motion For

22 Summary Judgment (Docket No. 18).  The current deadline is October 2, 2015, and the new deadline

23 will be November 2, 2015.  This is Defendant's first request for an extension of time in the above-

24 captioned matter.  Defense counsel recently returned to work after a lengthy unanticipated medical leave

25 and respectfully requests additional time to address the issues Plaintiff raises in her Motion for Summary

26 Judgment.

27 ///

28 ///

STIPULATION & ORDER                          Case No. 2:14-cv-02903-KJN

1    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

2
                                              Respectfully submitted,
3

4    Dated:  September 30, 2015              JACQUELINE A. FORSLUND
                                             Attorney at Law
5
                                             By:  /s/  *Jacqueline A. Forslund*
6                                            JACQUELINE A. FORSLUND
                                             Attorneys for Plaintiff
7                                            (*As authorized by e-mail on September 29, 2015)

8
     Dated: September 30, 2015               BENJAMIN B. WAGNER
9                                            United States Attorney

10
                                             By:  /s/  *Sharon Lahey*
11                                           SHARON LAHEY
                                             Special Assistant United States Attorney
12                                           Attorney for Defendant

13

14                                    **ORDER**

15
         GOOD CAUSE APPEARING, PURSUANT TO STIPULATION, IT IS SO ORDERED.
16   DEFENDANT SHALL FILE HER RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY
     JUDGMENT ON OR BEFORE NOVEMBER 2, 2015.  ANY REPLY THERETO SHALL BE FILED
17   ON OR BEFORE NOVEMBER 23, 2015.

18

19   Dated:  September 30, 2015

20
                                             _____
21                                           KENDALL J. NEWMAN
                                             UNITED STATES MAGISTRATE JUDGE
22

23

24

25

26

27

28

STIPULATION & ORDER                          Case No. 2:14-cv-02903-KJN