BENJAMIN B. WAGNER
United States Attorney

DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
SHARON LAHEY
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8963
Facsimile: (415) 744-0134
E-Mail: Sharon.Lahey@ssa.com

Attorneys for DEFENDANT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| JENNIFER F. NEELEY,<br>    Plaintiff,<br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br>    Defendant. | Case No. 2:14-cv-02903-KJN<br><br>**ORDER APPROVING STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

    IT IS HEREBY STIPULATED, by and between Jennifer F. Neeley (Plaintiff) and Carolyn W. Colvin, Acting Commissioner of Social Security (Defendant), by and through their respective counsel of record, that Defendant shall have a 30-day extension of time to respond to Plaintiff's Motion For Summary Judgment (Docket No. 18). The current deadline is November 2, 2015, and the new deadline will be December 2, 2015. This is Defendant's second request for an extension of time in the above-captioned matter. Defense counsel has nine dispositive briefs due in November 2015 and requires additional time to adequately address the issues Plaintiff raises in her Motion for Summary Judgment.

//

///

STIPULATION & ORDER                                                               Case No. 2:14-cv-02903-KJN

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                        Respectfully submitted,

Dated:  October 29, 2015           JACQUELINE A. FORSLUND
                                        Attorney at Law

                                        By:  /s/  *Jacqueline A. Forslund*
                                        JACQUELINE A. FORSLUND
                                        Attorneys for Plaintiff
                                        (*As authorized by e-mail on October 28, 2015)

Dated: October 29, 2015             BENJAMIN B. WAGNER
                                        United States Attorney

                                        By:  /s/  *Sharon Lahey*
                                        SHARON LAHEY
                                        Special Assistant United States Attorney
                                        Attorney for Defendant

## **ORDER**

GOOD CAUSE APPEARING, PURSUANT TO STIPULATION, IT IS SO ORDERED. DEFENDANT SHALL FILE HER RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON OR BEFORE DECEMBER 2, 2015.  ANY REPLY THERETO SHALL BE FILED ON OR BEFORE DECEMBER 22, 2015.

Dated:  October 30, 2015

                                        KENDALL J. NEWMAN
                                        UNITED STATES MAGISTRATE JUDGE