BENJAMIN B. WAGNER
United States Attorney

DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
SHARON LAHEY
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8963
Facsimile: (415) 744-0134
E-Mail: Sharon.Lahey@ssa.com

Attorneys for DEFENDANT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| JENNIFER F. NEELEY,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security Administration,<br><br>    Defendant. | CASE NO. 2:14-cv-02903-KJN<br><br>**STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER THEREON** |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Carolyn W. Colvin, Acting Commissioner of Social Security (Defendant or the Commissioner) has agreed to voluntarily remand this case for further administrative proceedings, pursuant to sentence four of 42 U.S.C. section 405(g).  On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new hearing and decision.  The Appeals Council will instruct the ALJ to reevaluate the medical evidence, including, but not limited to, all medical-source opinion evidence concerning physical and mental impairments, and explain the weight given to the opinion evidence consistent with 20 C.F.R. section 404.1527, and Social Security Rulings

(SSR) 96-2p and 96-5p.  The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

| | |
|---|---|
| Date: December 2, 2015 | JACQUELINE A. FORSLUND<br>Attorney at Law<br><br>By: /s/ *Jacqueline A. Forslund*<br>JACQUELINE A. FORSLUND<br>Attorneys for Plaintiff<br>(*As authorized by e-mail on December 2, 2015) |
| Date: December 2, 2015 | BENJAMIN B. WAGNER<br>United States Attorney<br><br>By: /s/ *Sharon Lahey*<br>SHARON LAHEY<br>Special Assistant United States Attorney<br>Attorney for Defendant |

## **ORDER**

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that:

1. The final decision of the Commissioner is REVERSED and the action is REMANDED for further administrative proceedings, as detailed above, pursuant to sentence four of 42 U.S.C. § 405(g).

2. Plaintiff's motion for summary judgment (ECF No. 18) is denied as moot.

3. The Clerk of Court shall enter judgment in favor of plaintiff and against the Commissioner.

4. The parties shall promptly meet and confer regarding a potential stipulation with respect to an award of Equal Access to Justice Act fees, if any.  Any such stipulation or motion shall be filed within sixty (60) days.

////

1      IT IS SO ORDERED.

2  Dated:  December 4, 2015

```
                                        _____
                                        KENDALL J. NEWMAN
                                        UNITED STATES MAGISTRATE JUDGE
```