JACQUELINE A. FORSLUND   CSBN 154575
Attorney at Law
P.O. Box 4476
Sunriver, OR  97707

Telephone:   541-419-0074
Fax:         541-593-4452
Email:       jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER F. NEELEY,<br><br>    Plaintiff,<br><br><br><br><br>CAROLYN W. COLVIN,<br>Acting Comm'r of Social Security,<br><br>    Defendant, | Case No. 2:14-cv-02903-KJN<br><br>**STIPULATION AND<br>ORDER FOR EAJA FEES** |

    IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff shall be awarded attorney's fees and expenses under the Equal Access to Justice Act (EAJA), 28 U.S.C. sec. 2412(d), in the amount of SIX THOUSAND dollars and ZERO cents ($6,000.00).  This amount represents compensation for all legal services rendered on behalf of plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. sec. 2412(d).

    After the Court issues an order for EAJA fees and expenses to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's attorney.  The government's ability to honor the assignment will depend on whether the fees and expenses are subject to an offset allowed under the United States Department of the Treasury's Offset Program pursuant to Astrue v. Ratcliff, 130 S. Ct. 2521 (2010).  After the order of EAJA fees and expenses is entered, the government will determine if they are subject to an offset.

**Neeley v. Colvin**                                                                                 **Stipulation and  Order for EAJA**
**E.D. Cal. 2:14-cv-02903-KJN**

If it is determined that Plaintiff's EAJA fees and expenses are not subject to an offset under <u>Astrue v. Ratcliff</u>, 130 S. Ct. 2521 (2010) and The Department of Treasury's Offset Program, then the check for EAJA fees and expenses shall be made payable to Jacqueline A. Forslund, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney.  The parties agree that whether the EAJA check is made payable to Plaintiff or Jacqueline A. Forslund such check shall be mailed to Plaintiff's attorney at the following address:  Jacqueline A. Forslund, Attorney at Law, P.O. Box 4476, Sunriver, OR  97707.

Respectfully submitted,

Date: January 19, 2016

JACQUELINE A. FORSLUND
Attorney at Law

<u>/s/Jacqueline A. Forslund</u>
JACQUELINE A. FORSLUND
Attorney for Plaintiff

Date:  January 19, 2016

BENJAMIN WAGNER
United States Attorney
DEBORAH STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration

<u>/s/Sharon Lahey</u>
SHARON LAHEY
Special Assistant United States Attorney
*By email authorization
Attorney for Defendant

ORDER

APPROVED AND SO ORDERED.

Dated:  January 29, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

**Neeley v. Colvin**
**E.D. Cal. 2:14-cv-02903-KJN**

Stipulation and  Order for EAJA